**Order entered September 3, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00111-CV**

### IN THE INTEREST OF S.G.I., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-12157**

### ORDER

On June 15, 2020, we granted appellant's second motion for extension of time to file his brief and ordered the brief be filed no later than August 10, 2020. To date, however, the brief has not been filed.

Accordingly, we **ORDER** appellant to file his brief **no later than September 14, 2020**. As the brief was first due May 6, 2020, we caution appellant that failure to comply may result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    KEN MOLBERG
      JUSTICE